# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONNIE A. WOODEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ARCHER PRESSURE PUMPING, LLC f/k/a GREAT WHITE PRESSURE PUMPING, LLC, and ARCHER WELL COMPANY, INC., | ) Case No. CIV-14-828-HE ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Connie A. Wooden, hereby stipulates with the Defendants, Archer Pressure Pumping LLC f/k/a Great White Pressure Pumping LLC, and Archer Well Company Inc., that this action shall be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

This 18th day of December, 2014.

s/ Lauren W. Johnston
Jana B. Leonard, OBA #17844
Lauren W. Johnston, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone: (405) 239-3800
Facsimile: (405) 239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

2

s/ Courtney K. Warmington
Courtney K. Warmington, OBA #18486
Tanya S. Bryant, OBA #20170
Crowe & Dunlevy, P.C.
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
courtney.warmington@crowedunlevy.com
tanya.bryant@crowedunlevy.com
*Counsel for Defendants*

2